*23
 
 The opinion of the Court was delivered by
 

 Hall, Judge:
 

 Taking it for granted, that fraud in the
 
 cestui que
 
 trust, will avoid a sale honestly made by the trustee, and therefore assuming it as a duty to look into the testimony in this case, Í have examined the depositions, and am of opinion, that it is altogether unnecessary to give the evidence in detail — much of it is irrelevant, some little of it seems to throw a suspicion upon
 
 Mrs. Garrawood,
 
 but by no means sufficient to establish such a fraud, as would entitle the Plaintiff to relief. It seems to he clearly established, that the negro girl in question was a healthy one, until she was hired out to
 
 Glasscock
 
 — during that, year, it seems, she was somewhat sickly — some part of the time she was with
 
 Mrs. Garrawood)
 
 particularly a few days before she was sold j but it does not appear that
 
 Mrs. Garrawood
 
 had knowledge of her complaint and concealed it. Indeed, it does not appear what was the nature of the complaint she died of, or what her complaint was when she was sold. I think the bill should be dismissed with costs, except as to
 
 Mrs. Gar-
 
 rawood, who must pay her own.
 

 Birr dismisses.